# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States

v.

Marshall

**Case No:** 23-3156

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

United States

### Counsel Information

Lead Counsel: Jason Lee

Direct Phone: (202) 598-1317  Fax: (202) 514-8490  Email: Jason.Lee2@usdoj.gov

2nd Counsel: Erin H. Flynn

Direct Phone: (202) 598-9622  Fax: (202) 514-8490  Email: Erin.Flynn@usdoj.gov

3rd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

Firm Name: U.S. Department of Justice, Civil Rights Div., Appellate Section

Firm Address: Ben Franklin Station, P.O. Box 14403, Washington, D.C. 20044

Firm Phone: (___) ___-____  Fax: (202) 514-8490  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)